# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-322
Lower Tribunal Nos. 12-8712 SP & 20-275 AP

_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, d/b/a Millennium Open MRI, a/a/o Yadira Costa**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A. and David B. Pakula (Pembroke Pines); Marks & Fleischer, P. A., and Gary Marks (Fort Lauderdale), for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in United Automobile Insurance Company v. Millennium Radiology, LLC, 47 Fla. L.

Weekly D175, D177 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").